UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON TURNER,<br>    Plaintiff,<br><br>v.<br><br>BEN CLARK, ET AL.,<br>    Defendants. | No. 1:18-cv-468<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the accompanying Opinion and Order entered on this, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: February 6, 2019         /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge